

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-17-00621-CV

**HOLT TEXAS, LTD**. d/b/a Holt Cat and d/b/a Holt Rental Services,
Appellant

v.

**M&M CRUSHED STONE PRODUCTS, INC.,** et al.,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-07186
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellee, M&M Crushed Stone Products, Inc's, First Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on December 4, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court